# INFORMATION

## CR-2005-016

### IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS

FILED
3:45 P.M. O'CLOCK

JUN 1 7 2005

KARAN SKARDA
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., SO. DISTRICT

Annette Kader D

|  Southern |  | District |
|---|---|---|

| THE STATE OF ARKANSAS | ) | |
| | ) | |
| Vs. | ) | **INFORMATION** |
| | ) | |
| DAVID RHODEN | ) | **DELIVERY OF CONTROLLED** |
| | ) | **SUBSTANCE; 5-64-401; 2 COUNTS** |
| | ) | **POSSESSION OF CONTROLLED** |
| | ) | **SUBSTANCE WITH INTENT TO DELIVER;** |

**5-64-401;**
**MAINTAINING A DRUG PREMISES;**
**5-64-401;**
**POSSESSION OF FIREARM BY CERTAIN**
**PERSONS~FELON; 5-73-103;**
**SIMULTANEOUS POSSESSION OF DRUGS**
**AND FIREARMS; 5-73-103;**
**DISTRIBUTION NEAR CERTAIN**
**FACILITIES ~ ENHANCED PENALTIES;**
**5-64-411**

I,      Chris Raff      , Prosecuting Attorney within and for the Seventeenth Judicial Circuit of the State of Arkansas, of which Prairie County is a part, in the name and by the authority of the State of Arkansas, on oath accuse the defendant,

### David Rhoden

of the crime of      Delivery of Controlled Substance, 2 Counts
            Possession of Controlled Substance With Intent to Deliver
            Maintaining a Drug Premises
            Possession of Firearm by Certain Persons~Felon
            Simultaneous Possession of Drugs and Firearms

committed as follows, to-wit:  The said            David Rhoden

in the County and State aforesaid,

on or about the      27th      day of        April,        2005;

**COUNT I -- DELIVERY OF CONTROLLED SUBSTANCE** --did feloniously and unlawfully, in the Southern District of Prairie County, Arkansas, deliver a Schedule II controlled substance, which is a narcotic, namely cocaine, in violation of Arkansas Code Annotated Section 5-64-401, a Class Y Felony; against the peace and dignity of the State of Arkansas;

on or about the      3rd      day of        May,        2005;

**COUNT II -- DELIVERY OF CONTROLLED SUBSTANCE** --did feloniously and unlawfully, in the Southern District of Prairie County, Arkansas, deliver a Schedule II controlled substance, which is a narcotic, namely cocaine, in violation of Arkansas Code Annotated Section 5-64-401, a Class Y Felony; against the peace and dignity of the State of Arkansas;

on or about the      6th      day of        May,        2005;

**COUNT III -- POSSESSION OF CONTROLLED SUBSTANCE** ~~WITH INTENT TO DELIVER~~ --did feloniously and unlawfully, in the Southern District of Prairie County, Arkansas, possess a Schedule II controlled substance, which is a narcotic, namely cocaine, with intent to deliver, in violation of Arkansas Code Annotated Section 5-64-401, a Class Y Felony; against the peace and dignity of the State of Arkansas;

on or about and during the time between the      27th      day of        April,        2005 and the      6th      day of        May, 2005;

**COUNT VI -- MAINTAINING A DRUG PREMISES** -- did feloniously and knowingly keep or or maintain any store, shop, warehouse, dwelling, building, or other structure or place or premise, which is resorted to by persons for the purpose of using or obtaining controlled substances as set forth in Arkansas Code Annotated Section 5-64-101 through Section 5-64-608 or which is used for them controlled substances as set forth in Arkansas Code Annotated Section 5-64-101 through Section 5-64-608, by engaging in the above charged counts at 1 Brinkley Street, DeValls Bluff, Arkansas, and said activity was committed within one thousand (1,000) feet of the real property of a certified Drug Free Zone, namely the DeValls Bluff Public School, in violation of Arkansas Code Annotated Section 5-64-402, a Class B felony; against the peace and dignity of the State of Arkansas;

**COUNT III -- POSSESSION OF FIREARMS BY CERTAIN PERSONS ~ FELON --** did feloniously and unlawfully, in the Northern District of Prairie County, Arkansas, possess or own any firearm, namely a Smith and Wesson 40 caliber handgun, after having been convicted of a felony, and said possession of a firearm involves the commission of another crime, namely the charges herein, in violation of Arkansas Code Annotated §5-73-103, a Class B Felony; against the peace and dignity of the State of Arkansas;

COUNT IV – SIMULTANEOUS POSSESSION OF DRUGS AND FIREARMS – did feloniously and unlawfully, in the Northern District of Prairie County, Arkansas, commit a felony violation of Arkansas Code Annotated §5-64-401, namely Possession of Controlled Substance with Intent to Deliver, while in possession of a firearm(s), namely a Smith and Wesson 40 caliber handgun, in violation of Arkansas Code Annotated §5-74-106, a Class Y Felony; against the peace and dignity of the State of Arkansas;

DISTRIBUTION NEAR CERTAIN FACILITIES – ENHANCED PENALTIES – that the Defendant did commit an offense under § 5-64-401(a) by selling, delivering, possessing with intent to deliver, dispensing, manufacturing, transporting, administering, or distributing a controlled substance, namely delivering a Schedule II controlled substance and possessing a Schedule VI controlled substance with intent to deliver, and should be subject to an enhanced sentence of an additional term of imprisonment of ten (10) years as the offense(s) was (were) committed on or within one thousand feet (1,000') of the real property of a school, namely the DeValls Bluff Public School, DeValls Bluff, Arkansas, as provided in Arkansas Code Annotated § 5-64-411.

Chris Raff
Prosecuting Attorney

By: _____
Deputy Prosecuting Attorney

Subscribed and sworn to before me this 15ᵗʰ day of June, 2005.

KARAN SKARDA,
Clerk

By: _____
Deputy Clerk

**JUDGMENT AND COMMITMENT ORDER**
**IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS**
**Southern DISTRICT _____ DIVISION**

FILED
8:12 p.M. O'CLOCK
JUL 0 5 2006
KARAN SKARDA
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., NO DISTRICT

On June 21, 2006 the Defendant appeared before the Court, was advised of the nature of the charge(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.  the court made the following findings:

| | |
|---|---|
| DEFENDANT'S FULL NAME: | David Arness Rhoden |
| DATE OF BIRTH: | 01-16-81 |
| RACE: | B |
| SEX: | M |
| ARREST TRACKING #: | 757778 |
| SID #: | 3091331 |
| DEFENDANT'S ATTORNEY: | Jim Petty |
| PROSECUTING ATTORNEY OR DEPUTY: | Chris Raff |
| CHANGE OF VENUE FROM: | |

Defendant was represented by    ___ private counsel    ___ appointed counsel
x__ public defender    ___ himself/herself

Defendant made a voluntary, knowing and intelligent waiver of the right to counsel:
___ Yes    x__ No

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed.  The Defendant is sentenced to the Arkansas Department of Correction (A.D.O.C.) for the term specified on each offense shown below:

**TOTAL NUMBER OF OFFENSES: 3**

**Offense # 1**

| | |
|---|---|
| A.C.A. # of Offense: | 5-64-401 |
| Name of Offense: | Delivery of Controlled Substance |
| Seriousness Level of Offense: | 6 |
| Criminal History Score: | 1 |
| Presumptive Sentence: | 42 months / RCF / AS |

Sentence is a departure from the sentencing grid.    ___ Yes    x__ No.
Offense is a    x__ felony    ___ misdemeanor.
Classification of Offense:    x__ A ___ B ___ C ___ D ___ U ___ Y
Sentence imposed:   72 months.
Suspended imposition of sentence:    24 months.
Defendant was sentenced as an Habitual Offender under A.C.A. 5-4-501, Subsection ___ (a) ___ (b) ___ (c) ___ (d).
Sentence was enhanced by A.C.A. _____.

A TRUE COPY, I CERTI
_____ D.C.
KARAN SKARDA
PRAIRIE COUNTY CLERK

Defendant   x__ attempted         ___ solicited ___ conspired  commit the offense.
Offense date:        04-27-05
Docket #:            CR-05-16
Number of counts: 1
Defendant was on   x__ probation        ___ parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation
or suspended imposition of sentence.        ___ Yes        x__ No.
Victim of the offense was        ___ under     ___ over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
x__ negotiated plea of guilty.
___ plea directly to the court of nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court.
___ was found guilty at a jury trial.

------------------------------------------------------------------------

**Offense # 2**

A.C.A. # of Offense:        5-64-401
Name of Offense:           Delivery of Controlled Substance
Seriousness Level of Offense:  6
Criminal History Score:        1
Presumptive Sentence:          42 months / RCF / AS
Sentence is a departure from the sentencing grid.   ___ Yes        x__ No.
Offense is a        x__ felony    ___ misdemeanor.
Classification of Offense:      x__ A ___ B ___ C ___ D ___ U ___ Y
Sentence imposed:   72 months.
Suspended imposition of sentence:       24 months.
Defendant was sentenced as an Habitual Offender under A.C.A. 5-4-501, Subsection
___ (a) ___ (b) ___ (c) ___ (d).
Sentence was enhanced by A.C.A. _____.
Defendant   x__ attempted        ___ solicited ___ conspired to commit the offense.
Offense date:        05-03-05
Docket #:            CR-05-16
Number of counts: 1
Defendant was on   x__ probation        ___ parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation
or suspended imposition of sentence.        ___ Yes        x__ No.
Victim of the offense was        ___ under     ___ over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
x__ negotiated plea of guilty.
___ plea directly to the court of nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court.
___ was found guilty at a jury trial.

------------------------------------------------------------------------

A TRUE COPY I CERTIFY
_____ D.C.
KARAN SKARDA
PRAIRIE COUNTY CLERK

-------------------------------------------------------------------------------------

**Offense # 3**

A.C.A. # of Offense:            5-64-401
Name of Offense:               Possession of Controlled Substance
Seriousness Level of Offense:  4
Criminal History Score:        1
Presumptive Sentence:          18 months / RCF / AS
Sentence is a departure from the sentencing grid.   ___ Yes     x__ No.
Offense is a          x__ felony       ___ misdemeanor.
Classification of Offense:      ___ A ___ B x__ C ___ D ___ U ___ Y
Sentence imposed:   72 months.
Suspended imposition of sentence:      24 months.
Defendant was sentenced as an Habitual Offender under A.C.A. 5-4-501, Subsection
___ (a) ___ (b) ___ (c) ___ (d).
Sentence was enhanced by A.C.A. _____.
Defendant     ___ attempted      ___ solicited ___ conspired to commit the offense.
Offense date:        05-06-05
Docket #:           CR-05-16
Number of counts: 1
Defendant was on  x__ probation       ___ parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation
or suspended imposition of sentence.     ___ Yes     x__ No.
Victim of the offense was              ___ under    ___ over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
x__ negotiated plea of guilty.
___ plea directly to the court of nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court.
___ was found guilty at a jury trial.

-------------------------------------------------------------------------------------

Indicate which sentences are to run consecutively:
Death Penalty:                 Execution Date:
Total time to serve on all offenses listed above:         48 months
Time is to be served at:  ___ Department of Correction
                          x__ Regional Correctional Facility.
Jail time credit:   60 days.
The Defendant was convicted of a target offense under the Community Correction
Act. The Court hereby orders that the Defendant be judicially transferred to the
Department of Community Correction (D.C.C.)       x__ Yes       ___ No
Failure to meet the criteria or violation of the rules of the D.C.C. could result in
transfer to the A.D.O.C.
Fines $                          Court Costs $150.00
A judgment of restitution is hereby entered against the Defendant in the amount
and terms as shown below:
Amount        $              ___ Due immediately      ___ Installments of:
Payment to be made to:
If multiple beneficiaries, give names and show payment priority:

A TRUE COPY, I CERTIFY
_____D.C.
KARAN SKARDA
PRAIRIE COUNTY CLERK

Defendant is a Child Sex Offender as defined in A.C.A. 12-12-902 ___ Yes  x__ No
Defendant was informed of the right to appeal:      ___ Yes      ___ No.
Appeal Bond: $
The County sheriff is hereby ordered to transport the Defendant to
___ the Arkansas Department of Correction    x__ Regional Correctional Facility.

---

The short report of circumstances attached hereto is approved.

Date: 06-21-06   Circuit Judge: Bill Mills      Signature: _____

6/29/06

I certify this is a true and correct record of this Court.

Date: 06-21-06   Circuit Clerk/Deputy: _____ D.C.

(Seal)

Approved:

_____ 6/29/06
Defendant's Attorney

_____
D. P. A.

A TRUE COPY, I CERTIFY
_____ D.C.
KARAN SKARDA
PRAIRIE COUNTY CLERK