Sep 25 09 07:51a    Keith G. Rhodes      870-256-3641              p.2

Defendant's full name: David Arness Rhoden

## JUDGMENT AND COMMITMENT ORDER
## IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS
### Southern DISTRICT 1st DIVISION

On September 21, 2009 the Defendant appeared before the Court, was advised of the nature of the charge(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing. The court made the following findings:

| | |
|---|---|
| DEFENDANT'S FULL NAME: | David Arness Rhoden |
| DATE OF BIRTH: | 01-16-81 |
| RACE: | B |
| SEX: | M |
| SID #: | 3091331 |
| DEFENDANT'S ATTORNEY: | Phyllis Worley |
| PROSECUTING ATTORNEY OR DEPUTY: | Chris Raff |
| CHANGE OF VENUE FROM: | |

8:20 FILED M. O'CLOCK

SEP 25 2009

JANELL TAYLOR
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., NO. DISTRICT

Defendant was represented by    ___ private counsel    ___ appointed counsel
                                 x__ public defender     ___ himself/herself

Defendant made a voluntary, knowing and intelligent waiver of the right to counsel:
___ Yes       x__ No

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.O.C.) for the term specified on each offense shown below:

**TOTAL NUMBER OF COUNTS: 1**

**Offense # 1**                                Docket #:         CR-09-22
                                               Arrest Tracking #:   0997142

| | |
|---|---|
| A.C.A. # of Offense: | 5-64-401 |
| Name of Offense: | Delivery of Controlled Substance |
| Seriousness Level of Offense: | 3 |
| Criminal History Score: | 5 |
| Presumptive Sentence: | 60 months / RCF / AS |

Sentence is a departure from the sentencing grid.   x__ Yes       ___ No.
Offense is a        x__ felony       ___ misdemeanor.
Classification of Offense:       ___ A ___ B x__ C ___ D ___ U ___ Y
Sentence imposed:   48 months.
Suspended imposition of sentence:   12 months.
Defendant was sentenced as an Habitual Offender under A.C.A. 5-4-501, Subsection

Page 1 of 3

Defendant's full name:  David Arness Rhoden

___ (a) ___ (b) ___ (c) ___ (d).
Sentence was enhanced by ___ months pursuant to A.C.A. _____.
Defendant ___ attempted ___ solicited ___ conspired to commit the offense.
Offense date:     05-26-09
Number of counts: 1
Defendant was on ___ probation     x__ parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation
or suspended imposition of sentence. ___ Yes    x__ No.
Victim of the offense was        ___ under    x__ over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
x__ negotiated plea of guilty.
___ plea directly to the court of nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court, and sentenced by  ___ the court
                                                                        ___ a jury
___ was found guilty at a jury trial, and sentenced by ___ the court ___ a jury.

Indicate which sentences are to run consecutively:      _____
Death Penalty:           Execution Date:
Total time to serve on all offenses listed above:        36 months
Time is to be served at: x__ Department of Correction
                         ___ Regional Correctional Facility.

Jail time credit:  51 days.

Defendant was convicted of a target offense under the Community Punishment Act.
The Court hereby orders that the Defendant be judicially transferred to the
Department of Community Correction (D.C.C.)     ___ Yes    x__ No
Failure to meet the criteria or violation of the rules of the D.C.P. could result in
transfer to the A.D.C.

Defendant was convicted of a "drug crime", as defined in Act 1086 of 2007 and codified at
A.C.A. 12-17-101 et seq.  x__ Yes   ___ No

Fines $        Court Costs $150.00
Booking and Admin. Fee (A.C.A. 12-41-505) $25.00  A.C.A. 12-17-101 Costs $125.00

A judgment of restitution is hereby entered against the Defendant in the amount
and terms as shown below:
Amount      $         ___ Due immediately     ___ Installments of:
Payment to be made to:
If multiple beneficiaries, give names and show payment priority:

**Page 2 of 3**

Defendant's full name:  David Arness Rhoden

Defendant has been adjudicated guilty of an offense requiring registration as a sex
offender, has been adjudicated guilty of a prior sex offense under a separate case number:
___ Yes x__ No.  If yes, list prior case number(s): _____

Defendant is alleged to be a Sexually Violent Predator, and is ordered to undergo an
evaluation at a facility designated by the Department of Correction pursuant to A.C.A. 12-
12-918: ___ Yes x__ No

Defendant has committed an aggravated sex offense, as defined in A.C.A. 12-12-903:
___ Yes x__ No.
Defendant was adjudicated guilty of a felony offense, a misdemeanor sexual offense, or a
repeat offense (as defined in A.C.A. 12-12-1103), and is ordered to have a DNA sample
drawn at: x__ a D.C.C. facility the A.D.C.  or _____ (other):
x__ Yes ___ No.

Defendant was informed of the right to appeal:      ___ Yes        ___ No.
Appeal Bond: $
The County sheriff is hereby ordered to transport the Defendant to
x__ the Arkansas Department of Correction       ___ Regional Punishment Facility.
_____

The short report of circumstances attached hereto is approved.

Date: 09-21-09  Circuit Judge: Thomas M. Hughes  Signature:_____

I certify this is a true and correct record of this Court.

Date: 09-21-09  Circuit Clerk/Deputy:_____

(Seal)