IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_5th_ DIVISION

STATE OF ARKANSAS                                                        PLAINTIFF

VS                         CR 12-2682

DAVID ARNESS RHODEN                                                      DEFENDANT

FILED 08/27/12 14:46:08
Larry Crane Pulaski Circuit Clerk
JJ

**FELONY INFORMATION**
**COUNT 1**

    Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges DAVID ARNESS RHODEN with the crime of violating ACA § 5-13-204 AGGRAVATED ASSAULT committed as follows, to wit: The said defendant(s), in Pulaski County, on or about July 7, 2012, unlawfully, feloniously did commit aggravated assault under circumstances manifesting extreme indifference to the value of human life, did purposely display a firearm in such a manner that created a substantial danger of death or serious physical injury to another person to wit: ANTHONY KING, against the peace and dignity of the State of Arkansas.

Defendant, DAVID ARNESS RHODEN, has been previously convicted of more than one (1) but less than four (4) felonies, and consequently his/her sentence should be increased as provided for in AR Code Ann. 5-4-501(a), against the peace and dignity of the State of Arkansas.

Larry Jegley
Prosecuting Attorney

By: _____
Deputy Prosecuting Attorney

60CR-12-2682      601-60100043642-001
STATE V DAVID ARNESS RHODEN    9 Pages
PULASKI CO        08/27/2012 02:46 PM
CIRCUIT COURT                      CR15

ELECTRONICALLY FILED
2014-Feb-07 10:36:45
60CR-12-2682
C06D05 : 2 Pages

# SENTENCING ORDER

IN THE CIRCUIT COURT OF Pulaski COUNTY, ARKANSAS, SIXTH JUDICIAL DISTRICT 5 DIVISION

On 11/7/2013 the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Court Info

| | |
|---|---|
| Judge | WENDELL GRIFFEN |
| Prosecuting Attorney/Deputy | Jordan Crews |
| Defendant's Attorney | MAC CARDER — ☐ Private  ☑ Public Defender  ☐ Appointed  ☐ Pro Se |
| Change of Venue | ☐ Yes ☑ No |
| If Yes, from: | |

File Stamp

## Legal Statements

☐ Pursuant to A.C.A.  ☐ 16-93-301 et seq., ☐ 5-64-413 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgement of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgement should not be pronounced, a judgement:

☑ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☐ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.   ☐ Yes ☑ No

## Offender

| | | | | |
|---|---|---|---|---|
| Defendant [Last, First, MI] | Rhoden, David Arness | DOB 1/16/1981 | Sex ☑ Male ☐ Female | Total Number of Counts 1 |
| SID# | 3091331 | Race & Ethnicity: ☑ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic | | |
| Supervision Status at Time of Offense | PAROLE | | | |

## Offense #1: Most Serious Offense

| A.C.A. # / Name of Offense | 5-13-204 - AGGRAVATED ASSAULT | Offense was ☐ Nolle Prossed |
|---|---|---|
| A.C.A. # Orig. Charge | Case # 2012-2682   ATN JXP003217923 | ☐ Dismissed ☐ Acquitted |
| Offense Date | 7/7/2012   Appeal from District Court ☐ Yes ☑ No | Probation/SIS Revocation ☐ Yes ☑ No |
| Criminal History Score 2 | Seriousness Level 3   Offense is ☑ Felony ☐ Misd. | Offense Classification ☐ Y ☐ A ☐ B ☐ C ☑ D ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of 18 months   ☑ Community Corrections Center | ☑ Alternative Sanction |
| Number of Counts 1 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense | |

Defendant Sentence: ☐ ADC ☐ Jud Trans ☐ Cnty Jail

If probation is accompanied by period of confinement, state time: ___ days ___ mths

| Imposed | 0 months | Sentence was enhanced ___ months, pursuant to A.C.A. ___ |
|---|---|---|
| Probation | 60 months | Enhancement is to run ☐ Concurrent ☐ Consecutive |
| SIS | 0 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection |
| Other | ☐ Life ☐ LWOP ☐ Death | ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

Victim Information [Multiple Victims ☐ Yes ☑ No] ☐ N/A   Age 41   Sex ☑ Male ☐ Female   Race & Ethnicity: ☑ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently and knowingly entered a   Defendant ☐ 16-93-301 et seq. ☐ 5-64-413 et seq.
☐ was sentenced pursuant to   ☐ Other ___

☐ negotiated plea of ☐ guilty ☐ nolo contendere   ☐ entered a plea and was sentenced by a jury.   ☐ court ☐ jury
☑ plea directly to the court of ☑ guilty ☐ nolo contendere   ☐ was found guilty by the court & sentenced by   ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by   ☐ court ☐ jury
☐ was found guilty of lesser offense by   ☐ court ☐ jury

Sentence is a Departure ☐ Yes ☑ No ☐ N/A   Sentence Departure ☐ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence   0

Departure Reason   Mitigating # ___ or Aggravating # ___ (For Agg #16, Mit #10 or departure from guidelines, explain)

Sentence will run ☐ Consecutive ☐ Concurrent   to Offense # ___ or to Case # ___

033

Defendant's Full Name: Rhoden, David Arness

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form.
☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903.
☐ Yes  ☑ No

Defendant is alleged to be a sexually violent predator and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes  ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes  ☑ No   Case Number(s)

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No
If Yes, state the name of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant.

### DNA Sample / Qualifying Offenses
Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.   ☐ Yes  ☑ No
Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility   ☐ the A.D.C.   ☐ Other

### Drug Crime
Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☐ Yes  ☑ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | yes |
| Fines | $500.00 |
| Booking/Admin Fees ($20) | $20.00 |
| Drug Crime Assessment Fee ($125) | |
| DNA Sample Fee ($250) | |
| Mandatory Sex Offender Fee ($250) | |
| Public Defender User Fee ($25) | |
| Public Defender Attorney Fee | |
| Other (explain below) | |

**Restitution**
Payable to [If multiple beneficiaries, give names and payment priority]

Terms  ☐ Due Immediately
       ☐ Installments of: _____

☐ Payments must be made within ____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Act 531, 16-93-1201 et seq.: Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.   ☐ Yes  ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.   ☐ Yes  ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.   ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied   ☐ Yes  ☑ No

| JAIL TIME CREDIT In days: | 4 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months: ☐ Life  ☐ LWOP | Death Penalty ☐ Yes  ☑ No | If Yes, State Execution Date |

DEFENDANT IS ASSIGNED TO:   ☐ ADC   ☐ CCC   ☐ COUNTY JAIL   ☑ PROBATION   ☐ SIS   ☐ SPECIAL CONDITIONS

Conditions of disposition or probation are attached.   ☐ Yes  ☑ No

Defendant has previously failed a drug court program

A copy of the Pre-sentence investigation on sentencing information is attached   ☐ Yes  ☑ No
A copy of the Prosecutor's Short Report is attached   ☐ Yes  ☑ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS   ☑ Yes  ☐ No   Appeal Bond $

The County Sheriff is hereby ordered to:   ☑ transport the defendant to county jail   ☑ take custody for referral to CCC   ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC   ☐ Yes  ☑ No

## Signature

Prosecuting Attorney/Deputy Signature: _Jayne Butts-Hall_   Date: 1/31/19   Print Name: Jordan Crews

Circuit Judge Signature: _[signature]_   Date: 2-5-19   Print Name: WENDELL GRIFFEN

Additional Info

034