ROUGH DRAFT -- NOT CERTIFIED

1

2              THE COURT:  Next case.

3              THE CLERK:  David Rhoden, CR-12-2682.

4              THE COURT:  Mr. Rhoden is here today.  Who's is

5       his lawyer?

6              MR. CARDER:  I'm his lawyer, Judge.

7              THE COURT:  Mr. Carder, thank you very much.

8              THE COURT:  Mr. Rhoden, how are you doing.

9              THE DEFENDANT:  I'm doing all right.

10             THE COURT:  Good.  (2682).

11             THE COURT:  12-2682.

12             MR. CARDER:  This is a plea to the Court

13      today --

14             MR. CREWS:  No contest.

15             MR. CARDER:  -- no contest plea with the Court's

16      acceptance.  We are requesting presentence and pass

17      it for 60 days if the Court can do that.  And there's

18      also an amendment to the felony information by the

19      State, Judge.

20             MR. CREWS:  That's correct.  And I will ask for

21      the motion whenever the Court is ready.

22             THE COURT:  Is this a plea to the court?

23             MR. CARDER:  Yes, Your Honor.

24             MR. CREWS:  Yes, Your Honor.

25             THE COURT:  Mr. Rhoden, please raise your right

ROUGH DRAFT - NOT CERTIFIED

1          hand to be sworn.

2                (Sworn by the Court.)

3                THE COURT:  What's your name?

4                THE DEFENDANT:  David A. Rhoden.

5                THE COURT:  Mr. Rhoden, in 2008-2682, I'm

6          holding up a document titled No Contest Plea

7          Statement.  Did you sign it?

8                THE DEFENDANT:  Yes, sir.

9                THE COURT:  And did you talk to your lawyer

10         about it before you signed it?

11               THE DEFENDANT:  Yes, sir.

12               THE COURT:  Mr. Crews, what motions does the

13         State have?

14               MR. CREWS:  State would move to amend count one

15         to 5-13-301, which is terroristic threatening in the

16         first degree.  The felony classification is the same

17         as the current charge on the felony information.

18               THE COURT:  Mr. Carder, is the State's motion

19         consistent with your understanding of negotiation?

20               MR. CARDER:  Yes, sir.

21               THE COURT:  Mr. Rhoden, case 2008-2682, you are

22         charged with one count of terroristic threatening in

23         the first degree.  That is a Class D felony.  It

24         carries a punishment of up to six years in the state

25         penitentiary and/or a $10,000 fine if you're

ROUGH DRAFT - NOT CERTIFIED

1               convicted.  Do you understand that, sir?

2                    THE DEFENDANT:  Yes, sir.

3                    THE COURT:  Now, you have the right to plead not

4          guilty and to have the help of a lawyer at every

5          stage, including trial as well as appeal.

6               You're presumed innocent and you have the right

7          to make the State prove every element of your case,

8          of the charge against you beyond a reasonable doubt.

9          You have the right to see and hear all the witnesses

10         that will testify against you and to have those

11         witnesses cross-examined by your lawyer while they're

12         under oath.

13              You also have the right to testify in your own

14         defense if you want to.  You don't have to testify

15         and if you do not testify, that will not be used

16         against you.

17              You have the right to compel witnesses to come

18         in and give testimony in the case.  You also have the

19         right to a jury trial where no verdict would be

20         accepted unless all 12 jurors agreed.

21              If the jury found you guilty of anything, then

22         the jury would have the right to set your punishment.

23         You have the right to appeal to a higher court if

24         you're found guilty of anything.  Do you understand

25         the rights I've just mentioned?

Neva J. Warford, RMR, CRR, CCR    (501)529-2164

ROUGH DRAFT – NOT CERTIFIED

1        THE DEFENDANT:  Yes, sir.

2        THE COURT:  By entering into this no contest

3   plea, you are waiving, you're giving up the rights I

4   just now mentioned.  Do you understand that?

5        THE DEFENDANT:  Yes, sir.

6        THE COURT:  You should understand the no contest

7   plea does not mean that you are admitting guilt.  It

8   simply means that you are acknowledging that if the

9   case went to trial, the State would have enough

10  evidence to go to the jury.  It would have enough

11  evidence to present a prima facie case.  Do you

12  understand that?

13       THE DEFENDANT:  Yes, sir.

14       THE COURT:  Mr. Crews, what is the State's

15  evidence?

16       MR. CREWS:  That a July 7th of 2012, this

17  defendant threatened serious physical injury or death

18  to Anthony King.

19       THE COURT:  Mr. Carder -- Mr. Rhoden, did you

20  hear what Mr. Crews said?

21       THE DEFENDANT:  Yes, sir.

22       THE COURT:  Mr. Carder, do you believe the State

23  has enough evidence to meet its burden of proof?

24       MR. CARDER:  Yes, sir, prima facie, yes, sir.

25       THE COURT:  Mr. Rhoden, to the charge of

Neva J. Warford, RMR, CRR, CCR   (501)529-2164

1        terroristic threatening in the first degree, how do

2        you plead?

3              THE DEFENDANT:  Guilty -- no contest.

4              THE COURT:  Are you pleading no contest of your

5        own free will?

6              THE DEFENDANT:  Yes, sir.

7              THE COURT:  Has anyone threatened you, forced

8        you or bribed you or done anything else to make you

9        plead no contest against your will?

10             THE DEFENDANT:  No, sir.

11             THE COURT:  Are you under the influence of any

12       drugs, medication, alcohol or anything else that

13       would make you plead no contest against your will or

14       that would keep you from understanding what you are

15       doing right now?

16             THE DEFENDANT:  No, sir.

17             THE COURT:  Mr. Rhoden, the Court finds you have

18       knowingly, voluntarily and intelligently entered a no

19       contest plea to the charge of terroristic threatening

20       in the first degree in case 2008-2682 and the Court

21       accepts your no contest plea.

22             This is a plea to the Court?

23             MR. CARDER:  Yes, sir.

24             THE COURT:  The Court is ordering a presentence

25       report.  Ms. Robinson, may we have sentencing hearing

Neva J. Warford, RMR, CRR, CCR    (501)529-2164

ROUGH DRAFT - NOT CERTIFIED

1    date, please?

2         CASE COORDINATOR:  October 21st at 8:30.

3         MR. CARDER:  Judge, I know I said 60 days.

4    Mr. Rhoden has just informed me -- his wife is here

5    and she's pregnant.  She's going to have a baby in

6    probably September, late September.

7         THE COURT:  Let's make it 90 days.

8         MR. CARDER:  Yes, if we could, Judge, and

9    sometime in October, I would appreciate it.  We would

10   waive the time on the sentencing action, of course.

11        CASE COORDINATOR:  November 14th at 8:30 --

12   November 7th at 8:30.

13        THE COURT:  Mr. Rhoden, your sentencing hearing

14   will be on the 7th of November.  I'm ordering a

15   presentence report so I can find out information

16   about you so I can decide what the sentence will be.

17   If you have a seat behind you, someone will come from

18   probation and take you for interview on the

19   presentence report, okay?  I will see you on the 7th

20   of November.

21                        - - -

22

23

24

25

Neva J. Warford, RMR, CRR, CCR    (501)529-2164