

# ARKANSAS STATE CRIME LABORATORY

| LITTLE ROCK | LOWELL | HOPE |
|---|---|---|
| #3 Natural Resources Drive | 1120 West Monroe Avenue | 2500 South Main Street |
| Little Rock AR 72205 | Lowell AR 72745 | Hope AR 71802 |
| (501) 227-5747 | (479) 365-8717 | (870) 722-8530 |

Mike Hagar  
**SECRETARY**

Governor Sarah Huckabee Sanders  
**STATE OF ARKANSAS**

Kermit B. Channell II  
**DIRECTOR**

## Isomer Affidavit - Cocaine

Felisia Lackey, Lauren McDonald, and Terra Lucas declare as follows:

1. We are employed by the Arkansas State Crime Laboratory (ASCL). Felisia and Lauren are Chief Forensic Chemists at the Little Rock laboratory and Terra is the Chief Forensic Chemist at the Lowell satellite laboratory.
2. Felisia Lackey has a bachelor's degree in Chemistry from Hendrix College (Conway, Arkansas), Lauren McDonald has a bachelor's degree in Chemistry from University of the Ozarks (Clarksville, Arkansas) and a master's of natural science degree from Southeast Missouri State University (Cape Girardeau, Missouri), and Terra Lucas has a bachelor's degree in Chemistry and a minor in Forensic Science from Ferris State University (Big Rapids, Michigan).
3. The Forensic Chemistry department provides forensic services to local, state, and federal law enforcement agencies analyzing evidence received from across the state of Arkansas, suspected to contain a controlled substance.
4. The ASCL has been an accredited laboratory since December 2004 and are currently accredited by American National Standards Institute (ANSI) National Accreditation Board (ANAB). This accreditation demonstrates that management, personnel, operational and technical procedures, equipment, and physical facilities meet ISO/IEC 17025:2017 and ANAB AR 3125 standards.
5. Cocaine is a controlled substance in Arkansas. It is listed as a Schedule II narcotic drug in the Arkansas Controlled Substance List, which schedules:
   "[c]oca leaves and any salt, compound, derivative, or preparation of coca leaves, (including cocaine (9041) and ecgonine (9180) and their salts, isomers, derivatives and salts of isomers and derivatives), and any salt, compound, derivative, and preparation thereof which is chemically equivalent or identical with any of these substances except that the substances shall not include decocainized cocoa leaves or extraction of coca leaves, which extractions do not contain cocaine or ecgonine".
6. Cocaine is also a controlled substance in the United States of America. It is specifically listed in Schedule II at 21 C.F.R. § 1308.12 (b)(4) "Schedules of Controlled Substances", defined as:
   "[c]oca leaves (9040) and any salt, compound, derivative, or preparation of coca leaves, (including cocaine (9041) and ecgonine (9180) and their salts, isomers, derivatives and salts of isomers and derivatives), and any salt, compound, derivative, and preparation thereof which is chemically equivalent or identical with any of these substances except that the substances shall not include:
   (i) decocainized cocoa leaves or extraction of coca leaves, which extractions do not contain cocaine or ecgonine;

(ii) [¹²³I]ioflupane; or

(iii) [¹⁸F]FP-CIT".

7. Federal law defines "isomer" in 21 C.F.R. § 1300.01 (b) as:
"[t]he optical isomer, except as used in § 1308.11(d) and § 1308.12(b)(4). As used in § 1308.11(d), the term "isomer" means any optical, positional, or geometric isomer. As used in § 1308.12(b)(4), the term "isomer" means any optical or geometric isomer."

8. Isomers can be generally defined as molecules with the same molecular formulas, but different arrangements of atoms. There are several different types of isomers.

9. Structural (constitutional) isomers are molecules with the same molecular formula but a different connectivity of atoms, as below:

10. Positional isomers are molecules that differ only in the position of a functional group (or other substituent) on a parent structure, as below:



11. Geometric isomers (also called cis-trans isomers) are molecules that have the same connectivity in their atoms but a different, non-superimposable, arrangement in three-dimensional space, as below:

12. Optical isomers (also called enantiomers) have the same atoms with the same connectivity, but have non-superimposable mirror images, as below:

13. Cocaine has structural (constitutional), optical, and geometric isomers.

14. Structural (constitutional) isomers of cocaine have unique names other than cocaine. For example, scopolamine, fenoterol, and oxymorphol are all structural isomers of cocaine

because they have the same molecular formula, but their atoms are arranged differently than cocaine.

15. The Forensic Chemistry department utilizes a variety of validated methods recognized by the forensic community to determine which (if any) controlled substances are contained in an item of evidence.  The test methods utilized in the Forensic Chemistry department are color tests, Thin Layer Chromatography (TLC), Gas Chromatography-Retention Time (GC-RT), Gas Chromatography Mass Spectrometry (GC-MS), and Fourier Transform-Infrared Spectroscopy (FT-IR).

16. Gas Chromatography Mass Spectrometry (GC-MS) is a separation and identification technique.  The GC component separates a substance into its individual components.  The MS portion allows each component to be identified, and can differentiate between cocaine and some of its isomers by comparing the component's mass spectrum to a known mass spectrum of a reference material.  Mass spectrometry is able to differentiate between cocaine and its structural (constitutional) isomers but it may not be able to differentiate between its geometric or optical isomers.

17. Fourier Transform-Infrared Spectroscopy (FT-IR) is a technique that enables the identification of a compound by comparing the compound's infrared spectrum to the infrared spectrum of a reference material. FT-IR can be used to differentiate between cocaine base and cocaine hydrochloride.  It can also differentiate between cocaine and its structural (constitutional) or geometric isomers, but cannot differentiate between optical isomers.

18. Any report issued by the ASCL Forensic Chemistry department that has cocaine, cocaine base, or cocaine hydrochloride listed as a result indicates that cocaine, a salt of cocaine, an optical or geometric isomers of cocaine, or a salt of an optical or geometric isomer of cocaine has been identified.

19. Any report issued by the ASCL Forensic Chemistry department identifying structural (constitutional) isomers of cocaine will use the unique name of that compound (e.g., scopolamine).  Such a report would not state "cocaine" as a result.

We declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  We executed the declaration on the date indicated below.

Date:   1/12/23

_____
Felisia Lackey, Chief Forensic Chemist

_____
Lauren McDonald, Chief Forensic Chemist

_____
Terra Lucas, Chief Forensic Chemist

## *Curriculum Vitae*

# Felisia Lackey
#3 Natural Resources Drive
Little Rock AR 72205
Telephone: (501) 227-5747

## *Employment*

Chief Forensic Chemist (09/2014-present)

Forensic Chemist (04/2000 – 08/2014)
    Arkansas State Crime Laboratory, Little Rock, Arkansas

## *Education*

Bachelor of Arts, Chemistry
    Hendrix College, Conway, AR (1995-1999)

## *Area of Expertise*

Forensic Chemistry

## *Training*

October/2022: AR Rx Drug Abuse Summit
May/2022: Weighing the Right Way and Good Weighing Practice Verification (Mettler Toledo)
October/2021:  AFQAM Conference – Various Topics (Virtual)
October/2020:  Southwest Association of Forensic Scientists Virtual Conference
October/2020:  DEA Special Testing Lab's Fentanyl Signature Profiling Program Virtual Training,
        Clandestine Laboratory Investigating Chemists Association
September/2019: C.L.I.C Conference-Various Topics; Philadelphia, PA
December/2018: Conformance Documents and Mass Spec Data Interpretation
November/2018: VIP2 Leadership Training – Knowing Your Employees
November/2017: AR Rx Drug Abuse Summit
October/2016: MAFS Conference – Mass Hunter software; Quant- Branson, MO
April/2016: Marijuana Leaf Field Test Certification
November/2015: AR Rx Drug Abuse Summit
July/2014: ASCLD-LAB Internal Auditor Training
June/2014: Daubert Testimony Training
May/2014: ISO/IEC 17025 Management Series
September/2013: Drug Facts: A DFSA Perspective
November/2012: Testifying Made Simple
September/2012: C.L.I.C. Conference-Various Topics; Indianapolis, IN
September/2011: C.L.I.C. Conference-Various Topics; Seattle, WA
September/2010: K2 Symposium-Health Department
September/2009: C.L.I.C. Conference-Various Topics; Birmingham, AL
December/2008: Ethics
October/2008: T.H.E and EEO Grievance Officer
September/2008: SWAFS Conference (Various courses)
May/2007: Instrumentation Workshop - LCMS, UALR, Little Rock, AR
May/2006: Thermo FTIR

## Professional Affiliations

2002-Present: Southwestern Association of Forensic Scientists (SWAFS)
2011-Present: Clandestine Laboratory Investigating Chemists (CLIC)

*Curriculum Vitae*

**Lauren McDonald**
#3 Natural Resources Drive
Little Rock AR 72205
Telephone: (501) 227-5747

### *Employment*

Chief Forensic Chemist (07/2018 – present)
Assistant Chief Forensic Chemist (10/2016 – 07/2018)
Forensic Chemistry Quality Manager (08/2014 – 07/2018)
Forensic Chemist (02/2005 – 10/2016)
Health and Safety Manager (01/2011 – 04/2015)
  Arkansas State Crime Laboratory, Little Rock, Arkansas

### *Education*

Master of Natural Science in Applied Chemistry (2002 – 2004)
  Southeast Missouri State University, Cape Girardeau, MO

Bachelor of Science, Chemistry (1998 – 2002)
  University of the Ozarks, Clarksville, AR

### *Area of Expertise*

Forensic Chemistry

### *Certifications*

11/2010: American Board of Criminalistics-Drug Analysis Fellow
11/2016: ANAB Technical Assessor

### *Training*

10/2022: Association of Forensic Quality Assurance Managers Conference, South Lake Tahoe, CA
12/2021: 2021 Current Trends in Seized Drug Analysis Symposium Days 2-4, Online, CFSRE
10/2020: Southwest Association of Forensic Scientists Online Conference
10/2019: Southwest Association of Forensic Scientists Conference, Austin, TX
12/2018: Conformance Documents and Mass Spectrometry Data Interpretation, ASCL, Little Rock, AR
10/2018: Southwest Association of Forensic Scientists Conference, Bossier City, LA
10/2017: Southwest Association of Forensic Scientists Conference, Ft. Worth, TX
10/2016: ASCLD/LAB – Assessor Course, North Little Rock, AR
09/2015: Clandestine Laboratory Investigating Chemist Conference, CLIC, Oklahoma City, OK
07/2014: ASCLD/LAB-International Internal Auditor Training, Little Rock, AR
06/2014: Daubert Hearing Training, Little Rock, AR
09/2013: Clandestine Laboratory Investigating Chemists Conference, CLIC, Boston, MA

09/2013: Introduction to Pharmacology, CLIC, Boston, MA
09/2012: Clandestine Laboratory Investigating Chemists Conference, CLIC, Indianapolis, IN
09/2011: Clandestine Laboratory Investigating Chemists Conference, CLIC, Seattle, WA
09/2010: K2 Symposium, University of Arkansas for Medical Sciences, Little Rock, AR
10/2009: Southwest Association of Forensic Scientists Conference, Orlando, FL
09/2008: Southwest Association of Forensic Scientists Conference, Little Rock, AR
09/2007: Clandestine Laboratory Investigating Chemists Conference, CLIC, Las Vegas, NV
03/2007: Continuing Education in Forensics Conference, West Virginia University, Orlando, FL
11/2006: Southwest Association of Forensic Scientists Conference, Colorado Springs, CO

## *Professional Affiliations*

11/2006: Southwest Association of Forensic Scientists
11/2012: Clandestine Laboratory Investigating Chemists

**Curriculum Vitae**

**Terra Lucas**
1120 W Monroe Ave
Lowell, AR 72745
Telephone: (479) 365-8708

## Employment

- Chief Forensic Chemist (10/2021 – present)
  Arkansas State Crime Laboratory, Lowell, Arkansas

- Forensic Chemist (11/2014 – 10/2021)
  Arkansas State Crime Laboratory, Little Rock, Arkansas

- Crime Scene Specialist (06/2012 – 11/2014)
  Little Rock Police Department, Little Rock, Arkansas

## Education

- Bachelor of Arts in Chemistry, Minor in Forensic Science, Cum Laude (2005 – 2010)
  Ferris State University, Big Rapids, Michigan

- Associates of Arts and Sciences, High Honors (2003 – 2005)
  West Shore Community College, Scottville, Michigan

## Area of Expertise

- Forensic Chemistry
- Illicit Laboratories
- Crime Scene Investigation

## Certifications

11/2018: American Board of Criminalistics-Drug Analysis, Certificate # 2854
01/2020: Clandestine Laboratory Mitigation State & Local Certification (SALC 383)

## Training

11/2022:  Clan Lab Chemistry, NES, Folsom, CA
11/2022:  Advanced Clan Labs:  Beyond the Basics, NES, Folsom, CA
10/2022:  Southwest Association of Forensic Scientists Conference, Las Vegas, NV
08/2022 – 09/2022:  Authorized Central Storage (ACS 160), Drug Enforcement Administration, Little Rock, AR
07/2022:  Clandestine Laboratory Safety Re-Certification, Midwest Counterdrug Training Center, Little Rock, AR
05/2022:  Weighing the Right Way and Good Weighing Practice Verification, Mettler Toledo, Little Rock, AR

09/2021: 31st Annual Technical Training Seminar, Clandestine Laboratory Investigating Chemists Association, Nashville, TN
06/2021: Clandestine Laboratory Refresher Training
01/2021: 2021 Current Trends in Seized Drug Analysis, The Center for Forensic Science Research & Education, Webinar
12/2020: Printing Press Rollers and the Laredo Meth Lick, Metrohm USA HAZMAT Refresher Seminar, Webinar
10/2020: Southwest Association of Forensic Scientists Virtual Conference
10/2020: DEA Special Testing Lab's Fentanyl Signature Profiling Program Virtual Training, Clandestine Laboratory Investigating Chemists Association
01/2020: Clandestine Laboratory Mitigation, Drug Enforcement Administration, Quantico, VA
10/2019: Southwest Association of Forensic Scientists Conference, Austin, TX
08/2019: Understanding the Impact of Drug Background Levels in Forensic Laboratories, Forensic Technology Center of Excellence, Webinar
06/2019: Kratom Abuse Is On The Rise: The Next Chapter in the Opioid Crisis, RTI International, Webinar
05/2019: Is it Hemp?  An Analytical Strategy To Make Sure It Is, RTI International, Webinar
05/2019: 2019 Online Symposium - Day 4: Seized Drugs, RTI International, Webinar
12/2018: Conformance Documents and Mass Spectrometry Data Interpretation, ASCL, Little Rock, AR
10/2018: Southwest Association of Forensic Scientists Conference, Bossier City, LA
05/2018: Legal Training, Arkansas State Crime Lab, Little Rock, AR
02/2018: Heartsaver First Aid CPR AED, American Heart Association, Little Rock, AR
10/2017: Southwestern Association of Forensic Scientists Conference, Fort Worth, TX
09/2017: Dreamland:  Sam Quinones Explores America's Opiate Epidemic, National Institute of Justice, Webinar
08/2017: Grievance Officer Certification, Department of Finance and Administration, Little Rock, AR
07/2017: Internal Auditor Training, Arkansas State Crime Lab, Little Rock, AR
12/2016: Discipline & Grievance Handling, OPM Training Center, Little Rock, AR
11/2016: Fundamentals of Gas Chromatography, Agilent Technologies, Inc., Little Rock, AR
11/2016: Arkansas Prescription Drug Abuse Summit, Criminal Justice Institute, Little Rock, AR
09/2016: 26th Annual Technical Training Seminar, Clandestine Laboratory Investigating Chemists Association, Charleston, SC
08/2016: The Abuse of E-Cigarettes, Their Impact on Criminal Justice, Forensic Technology Center of Excellence, Webinar
07/2016: Fentanyl for First Responders, NES, Webinar
11/2015: Arkansas Prescription Drug Abuse Summit, Criminal Justice Institute, Hot Springs, AR
09/2015: Forensic Chemist Seminar, Drug Enforcement Administration, Dulles, VA
08/2015: CPR, American Heart Association, Little Rock, AR
02/2015: Law 101: Legal Guide for the Forensic Expert, National Institute of Justice, (Online course)
08/2014: ACIC Level I Certification, Arkansas Crime Information Center, Little Rock, AR
05/2014: Bloodstain Pattern Analysis, Criminal Justice Institute, Little Rock, AR
05/2014: International Crime Scene Investigators Association Conference, North Little Rock, AR
08/2013: Crime Scene Courtroom Testimony, Criminal Justice Institute, Hot Springs, AR
01/2013 – 06/2013:  Crime Scene Technician Certificate Program, Criminal Justice Institute, Little Rock, AR

## Professional Affiliations

| | |
|---|---|
| 10/2015 – Present: | Clandestine Laboratory Investigating Chemists Association |
| | Regular Member |
| | (Electronic Resources Committee Member, 2021-2022 Audit Committee Member, and Historian for Historical Committee) |
| 09/2015 – Present: | Southwestern Association of Forensic Scientists |
| | Distinguished Member |
| | (Secretary, Membership Committee Chair) |
| 05/2014 – 05/2015: | International Crime Scene Investigators Association |
| 02/2013 – 02/2015: | International Association for Identification |